UNITED STATES of America,
Plaintiff–Appellee,

v.

Lewis F. CARTER, Defendant–
Appellant.

No. 16-1689

United States Court of Appeals,
Fourth Circuit.

Submitted: October 18, 2016

Decided: October 20, 2016

Lewis F. Carter, Appellant Pro Se. Karen Grace Gregory, Joan Iris Oppenheimer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewis F. Carter appeals from the district court's orders granting summary judgment in favor of the United States on its action seeking to reduce to judgment Carter's unpaid liabilities for income taxes, penalties, and interest for the years 1997 to 2000, 2002 to 2006, 2008, and 2009, and denying his multiple postjudgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Carter, No. 3:15–cv–00161–MHL, 2016 WL 1752761 (E.D. Va. Dec. 31, 2015; Apr. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED